```
 1  KEKER & VAN NEST LLP
    ELLIOT R. PETERS - # 158708
 2  epeters@kvn.com
    ASHOK RAMANI - # 200020
 3  aramani@kvn.com
    KATHERINE M. LOVETT - # 276256
 4  klovett@kvn.com
    633 Battery Street
 5  San Francisco, CA 94111-1809
    Telephone:     415 391 5400
 6  Facsimile:     415 397 7188

 7  Attorneys for Defendants
    COMPUTER METHODS INTERNATIONAL CORP., and
 8  COMPUTER FACILITIES SERVICES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Plaintiff,<br><br>    v.<br><br>COMPUTER METHODS INTERNATIONAL CORP., a Canadian corporation; COMPUTER FACILITIES SERVICES, INC.; and DOES 1-50,<br><br>        Defendants. | Case No. CV-13-3225-SBA<br><br>**STIPULATION TO REMAND TO SAN FRANCISCO SUPERIOR COURT**<br><br>[Removed from San Francisco County Superior Court, Case No. CGC-13-531850]<br><br>Date Filed:  June 3, 2013<br><br>Trial Date: |

1  Plaintiff and Defendants, having met and conferred, hereby stipulate as follows:

2  WHEREAS, Defendants removed this action from San Francisco Superior Court on
3  Thursday, July 11;

4  WHEREAS, the parties have not yet agreed to a date by which Defendants' responsive
5  pleading must be filed;

6  IT IS HEREBY STIPULATED that:

7  1. This case be remanded to San Francisco Superior Court; and
8  2. The parties will meet and confer in good faith thereafter to determine the date by
9  which a responsive pleading must be filed and relevant discovery deadlines.

Dated: July 26, 2013

Respectfully submitted,

KEKER & VAN NEST LLP

By: */s/ Katherine M. Lovett*
ELLIOT R. PETERS
ASHOK RAMANI
KATHERINE M. LOVETT

Attorneys for Defendants COMPUTER METHODS INTERNATIONAL CORP. and COMPUTER FACILITIES SERVICES, INC.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1
STIPULATION TO REMAND TO SAN FRANCISCO SUPERIOR COURT
Case No. CV-13-3225-EDL

772350.02

| | | | |
|---|---|---|---|
| 1 | Dated: July 26, 2013 | | Respectfully submitted, |
| 2 | | | DENTONS US LLP |
| 3 | | | |
| 4 | Per General Order 45, Fletcher C. Alford | By: | */s/ Fletcher C. Alford*<br>FLETCHER C. ALFORD |
| 5 | concurs in the filing of this document. | | LAURA LEIGH GEIST |
| 6 | | | Attorneys for Plaintiff<br>THE REGENTS OF THE UNIVERSITY |
| 7 | | | OF CALIFORNIA |
| 8 | /// | | |
| 9 | /// | | |
| 10 | /// | | |
| 11 | /// | | |
| 12 | /// | | |
| 13 | /// | | |
| 14 | /// | | |
| 15 | /// | | |
| 16 | /// | | |
| 17 | /// | | |
| 18 | /// | | |
| 19 | /// | | |
| 20 | /// | | |
| 21 | /// | | |
| 22 | /// | | |
| 23 | /// | | |
| 24 | /// | | |
| 25 | /// | | |
| 26 | /// | | |
| 27 | /// | | |
| 28 | /// | | |

1    Having considered the parties' stipulation, the parties' request to remand is **GRANTED**
2    and this case shall be remanded to the Superior Court of California—County of San Francisco.
3    **IT IS SO ORDERED.**
4    Dated: <u>September 18</u>, 2013

<br>

6    _____
     HONORABLE SAUNDRA BROWN
     ARMSTRONG
7    U.S. DISTRICT COURT JUDGE