1  KEKER & VAN NEST LLP
   ELLIOT R. PETERS - # 158708
2  epeters@kvn.com
   ASHOK RAMANI - # 200020
3  aramani@kvn.com
   KATHERINE M. LOVETT - # 276256
4  klovett@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  Attorneys for Defendants
   COMPUTER METHODS INTERNATIONAL CORP., and
8  COMPUTER FACILITIES SERVICES, INC.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Case No. CV-13-3225-SBA |
|---|---|
| 13 | **STIPULATION TO REMAND TO SAN FRANCISCO SUPERIOR COURT** |
|    Plaintiff, | |
| 14 | |
|    v. | |
| 15 | |
|    COMPUTER METHODS | [Removed from San Francisco County Superior Court, Case No. CGC-13-531850] |
| 16 INTERNATIONAL CORP., a Canadian corporation; COMPUTER FACILITIES | |
| 17 SERVICES, INC.; and DOES 1-50, | Date Filed:  June 3, 2013 |
| 18     Defendants. | Trial Date: |

19

20

21

22

23

24

25

26

27

28

---
STIPULATION TO REMAND TO SAN FRANCISCO SUPERIOR COURT
Case No. CV-13-3225-EDL

772350.02

1    Plaintiff and Defendants, having met and conferred, hereby stipulate as follows:

2    WHEREAS, Defendants removed this action from San Francisco Superior Court on

3    Thursday, July 11;

4    WHEREAS, the parties have not yet agreed to a date by which Defendants' responsive

5    pleading must be filed;

6    IT IS HEREBY STIPULATED that:

7    1. This case be remanded to San Francisco Superior Court; and

8    2. The parties will meet and confer in good faith thereafter to determine the date by

9    which a responsive pleading must be filed and relevant discovery deadlines.

10

Dated: July 26, 2013                                    Respectfully submitted,

11
                                                        KEKER & VAN NEST LLP
12

13
                                            By:   */s/ Katherine M. Lovett*
14                                                ELLIOT R. PETERS
                                                  ASHOK RAMANI
15                                                KATHERINE M. LOVETT

16                                                Attorneys for Defendants COMPUTER
                                                  METHODS INTERNATIONAL CORP.
17                                                and COMPUTER FACILITIES
                                                  SERVICES, INC.
18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

---
1
STIPULATION TO REMAND TO SAN FRANCISCO SUPERIOR COURT
Case No. CV-13-3225-EDL

772350.02

| | | | |
|---|---|---|---|
| 1 | Dated: July 26, 2013 | | Respectfully submitted, |
| 2 | | | DENTONS US LLP |
| 3 | | | |
| 4 | Per General Order 45, Fletcher C. Alford | By: | */s/ Fletcher C. Alford* |
| 5 | concurs in the filing of this document. | | FLETCHER C. ALFORD<br>LAURA LEIGH GEIST |
| 6 | | | Attorneys for Plaintiff<br>THE REGENTS OF THE UNIVERSITY<br>OF CALIFORNIA |
| 7 | | | |
| 8 | /// | | |
| 9 | /// | | |
| 10 | /// | | |
| 11 | /// | | |
| 12 | /// | | |
| 13 | /// | | |
| 14 | /// | | |
| 15 | /// | | |
| 16 | /// | | |
| 17 | /// | | |
| 18 | /// | | |
| 19 | /// | | |
| 20 | /// | | |
| 21 | /// | | |
| 22 | /// | | |
| 23 | /// | | |
| 24 | /// | | |
| 25 | /// | | |
| 26 | /// | | |
| 27 | /// | | |
| 28 | /// | | |

1       Having considered the parties' stipulation, the parties' request to remand is **GRANTED**
2   and this case shall be remanded to the Superior Court of California—County of San Francisco.
3   **IT IS SO ORDERED.**
4       Dated: September 18, 2013

6                               _/s/ Sandra B. Armstrong_
                                HONORABLE SAUNDRA BROWN
                                ARMSTRONG
7                               U.S. DISTRICT COURT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
23
24
25
26
27
28